**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ12-617 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| RICO RODRIGUEZ SKANNAL, | |
| Defendant. | |

Offenses charged:

    Count 1:    Sex Trafficking, in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1) and 1594(a).

    Count 2:    Interstate Prostitution, in violation of 18 U.S.C. § 2421

    Supervised Release Violation

Date of Detention Hearing: November 19, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has stipulated to detention, but reserves the right to contest his continued detention when he makes his initial appearance on this charge and on a supervised release violation in the District of Oregon.

2. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community, pending his appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance on this charge and on a supervised release violation in the District of Oregon and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of November, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge